UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Colleen Harder v. Bayer Corporation, et al.* | No. 12-cv-11293-DRH |
| *Cherie Kiser Individually and as Next of Friend for Paula Kiser, A Minor Child v. Bayer Corporation, et al.* | No. 11-cv-10282-DRH |
| *Sharon Januszewski v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10848-DRH |
| *Lana Espinosa v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13350-DRH |
| *Lisa Curry v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13481-DRH |
| *Valerie Thomerson, et al. v. Bayer Corporation, et al* | No. 10-cv-20217-DRH |
| *Melissa Garrison v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11807-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

2

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on May 14, 2015 and May 15, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                                    **JUSTINE FLANAGAN,**
                                                    **ACTING CLERK OF COURT**

                                                    BY:   */s/Caitlin Fischer*
                                                             **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.05.18 11:30:09 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT